

# Invoice

| Date | Invoice # |
|---|---|
| 10/3/2008 | 6018M |

| Bill To | Ship To |
|---|---|
| H & H Laundry<br>5824 Precision Drive<br>Orlando, FL 32819<br>Contact: Mr. David Hauezer | |

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Verbal | Prior to Ship | BC | Best* | See Below | Immediate |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Used, As Is, Where Is,<br>1989 Milnor 11-Module 110lb. Capacity CBW System with 2-Stage Press, 2-Cake Shuttle<br>and (3) Gas Heated Dryers<br>Model Number is 76032<br>Serial Number is AAS/5574401<br>FOB: Tyrone, GA | 79,000.00 |
| 1 | Used, As Is, Where Is,<br>Milnor COSHA Loading Conveyor<br>FOB: Santa Fe Springs, CA | 5,000.00 |
| 1 | Used, As Is, Where Is,<br>Milnor 220lb. Gas Heated Dryer for Batch Washer<br>Model Number is 58058<br>Voltage is 480/60/3<br>FOB: Tyrone, GA | 7,000.00 |
| | * Freight, Rigging and Storage to be billed separately | |
| | ** This invoice is subject to the purchase of said property at<br>5824 Precision Drive, Orlando, FL 32819 | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By _____    Date _____

**Total**    $91,000.00

Composite Exhibit "A"

4525 Sherman Oaks Avenu    45 • Fax (818) 789-8065



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2009 | 6094 M |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Hauezer

**Ship To**

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Invoice | BC | Best | PHA | 14-21 Days |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Used, As Is, Where Is,<br>Braun Alpha Feeder<br>Model Number is MP4SSF<br>Serial Number is MP80240287B<br>Voltage is 480/60/3 | 12,000.00 |
| 1 | Used, As Is, Where Is,<br>Braun Delta 3-Roll 32" Stream Heated Ironer<br>Model Number is 3S32<br>Serial Number is 3S320802659B<br>Voltage is 480/60/3 | 40,000.00 |
| 1 | Used, As Is, Where Is,<br>Braun Omega 4-Lane Foler / Crossfolder with Stacker<br>Model Number is 4PF3CF/A<br>Serial Number is OMAR802430420B<br>Voltage is 480/60/3 | 15,000.00 |
| 4 | Used, As Is, Where Is,<br>Braun Small Piece Folder Rear Discharge Meterwide<br>Model Number is Sigma SPFRDM<br>Serial Number is Serial Number is SPFRDM8022518B, 582B, 583B, 584B<br>Voltage is 480/60/3 | 40,000.00 |
| 1 | Used, As Is, Where Is,<br>Takeaway Conveyor 30" x 10'<br>Voltage is 480 | 3,500.00 |
| 1 | Loading costs for all equipment in PHA for Invoices 6094 M and 6095 M | 20,000.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By _____    Date _____

**Total**  $130,500.00



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2009 | 6095 M |

| Bill To | Ship To |
|---------|---------|
| H & H Laundry<br>5824 Precision Drive<br>Orlando, FL 32819<br>Contact: Mr. David Haeuszer | |

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Invoice | BC | Best | PHA | 14-21 Days |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 2 | Used, As Is, Where Is,<br>Forenta Scissor Legger Press<br>Model Number is 471FGR<br>Serial Number is M10FGR04102471<br>Voltage is 120/60/3 | 6,000.00 |
| 1 | Used, As Is, Where Is,<br>2002 Forenta Puffer Press<br>Model Number is 33PS<br>Serial Number is M11PS00802033<br>Voltage is 120/60/3 | 1,000.00 |
| 1 | Used, As Is, Where Is,<br>2002 Forenta Sleever Press<br>Model Number is 905HSA<br>Serial Number is M9HSA11502905<br>Voltage is 120/60/3 | 2,500.00 |
| 1 | Used, As Is, Where Is,<br>2002 Forenta Collar and Cuff Press<br>Model Number is 39UCKD<br>Serial Number is M9VCHD10402039<br>Voltage is 120/60/3 | 1,500.00 |
| 1 | Used, As Is, Where Is,<br>2002 Forenta Pants Topper<br>Model Number is 22BP<br>Serial Number is M10BP23702022<br>Voltage is 120/60/3 | 1,000.00 |
| 1 | Used, As Is, Where Is,<br>2002 Forenta Automatic Double Buck Press<br>Model Number is 802DBV<br>Serial Number is M10DBV24702802 | 10,000.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

*Accepted By* _____ *Date* _____

**Total**

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065



# Invoice

| Date | Invoice  # |
|------|------------|
| 2/12/2009 | 6095 M |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Invoice | BC | Best | PHA | 14-21 Days |

| Quantity | Description | Amount |
|----------|-------------|--------|
| | Voltage is 208-230/60/3 | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                                    Date

| | **Total** | $22,000.00 |

Page 2

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065



# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2009 | 6163 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Verbal | Upon Receipt | BC | Best | See Below | TBA |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Used, As Is, Where Is,<br>1970 Pawnee 100HP Boiler<br>Model Number is 2-5-506<br>Serial Number is 5511<br>Voltage is 480/60/3 | 12,500.00 |
| 1 | Used, As Is, Where Is,<br>Hydrocarbon Dry Cleaning Machine | 12,000.00 |
| 1 | Used, As Is, Where Is,<br>CompAir 25HP Air Compressor | 4,500.00 |
| 1 | Used, As Is, Where Is,<br>1988 Braun 800 Top Side Loading Washer Extractor, 6 Pocket**<br>Model Number is 800NTDP<br>Serial Number is NTDP88391<br>Voltage is 208/60/3 | 18,000.00 |
| 1 | Used, As Is, Where Is,<br>1993 Challenge 400lb. Gas Heated Dryer<br>Model Number is PaceSetter CPG4002L<br>Serial Number is S-29321<br>Voltage is 240/60/3 | 16,500.00 |
| | ** Price for 1988 Braun 800TSL includes price for Braun 400TSL<br>Freight and loading to be billed separately | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                          Date

| | Total | $63,500.00 |
|---|---|---|

# *The LaundryList.com*

**Invoice**

| Date | Invoice # |
|------|-----------|
| 9/14/2009 | 6164 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

Same

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Receipt | BC | Best | See Below | TBA |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Used, As Is, Where Is,<br>2002 Ipso 140lb. Open Pocket Washer Extractor<br>Model Number is IPH140HP25121NRNUSA<br>Serial Number is 003045<br>Voltage is 240/60/3 | 12,000.00 |
| 1 | Used, As Is, Where Is,<br>2000 Ipso 80lb. Open Pocket Washer Extractor<br>Model Number is IPH80HP25121NRNUSA<br>Serial Number is 001179<br>Voltage is 240/60/3 | 6,000.00 |
| | Freight and Loading to be billed separately | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By _____    Date _____

**Total**    $18,000.00


*The LaundryList.com*

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2009 | 6206 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

Orlando, FL

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Receipt | BC | Best | LA/ Hayward | TBA |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Used, As Is, Where Is,<br>1990 D'Hooge 2-Roll 32" Diameter Ironer<br>Model Number is MegaRoll<br>Serial Number is FI03/9001<br>Voltage is 208/60/3 | 15,000.00 |
| 1 | Used, As Is, Where Is,<br>Braun Folder/Crossfolder | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By _____    Date _____

| | Total | $15,000.00 |
|--|-------|-----------|

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2009 | 6207 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Receipt | BC | Best | See Below | TBA |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Rigging & Setting In Place of Milnor Tunnel | 35,500.00 |
|   | Setting of all other machines to be billed Time/ Material / Expenses | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By _____ Date _____

| | **Total** | $35,500.00 |

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2009 | 6208 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | Upon Receipt | BC | Best | See Below | TBA |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Freight to Orlando, FL for equipment from:<br>Los Angeles, CA<br>Hayward, CA<br>Phoenix, AZ<br>Grapevine, TX<br>McAllen, TX<br>Tyrone, GA | 38,329.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                         *Date*

| | Total | $38,329.00 |
|--|-------|-----------|

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065



# Invoice

| Date | Invoice # |
|---|---|
| 10/16/2009 | 6217 MI |

**Bill To**

H & H Laundry
5824 Precision Drive
Orlando, FL 32819
Contact: Mr. David Haeuszer

**Ship To**

Orlando, FL

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Verbal | Upon Receipt | BC | Best | R Mirage, CA | TBA |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Used, As Is, Where Is, TEA Hot & Tempered Water Tanks<br><br>Freight to be billed separately | 6,500.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                          Date

|  | **Total** | $6,500.00 |
|---|---|---|

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-8045 • Fax (818) 789-8065

# Invoice

**The LaundryList.com**

| Date | Invoice # |
|------|-----------|
| 11/9/2009 | 6198 PI |

| Bill To | Ship To |
|---------|---------|
| H & H Laundry<br>5824 Precision Drive<br>Orlando, FL 32819<br>Contact: Mr. David Haeuszer | |

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|----------------|-------|-----|----------|--------|---------------|
| Verbal | | | Best | R Mirage, CA | |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Sellars Boiler | 12,500.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

*Accepted By*      *Date*

| | Total | $12,500.00 |
|--|-------|-----------|

4525 Sherman Oaks Avenue • Sherman Oaks, CA 91403 • Tel (818) 789-5045 • Fax (818) 789-5063

1.     This invoice is due upon receipt.  Any payments not made within 30 days of the date of this invoice shall bear interest at the rate of 1.5% per month.

2.     The Laundrylist.com makes no warranties, express or implied, including but not limited to any warranty of merchantability or fitness for a particular purpose or use, which shall apply to the items purchased.

3.     TheLaundryList.com reserves the right to rescind any contract at any time prior to delivery if Customer is past due in the amount of any other obligations to TheLaundryList.com or in the event that the TheLaundryList.com, in its sole discretion, determines that it needs further assurances that the Customer will perform in the event of delivery and Customer fails to provide such further assurances.  Such further assurances may include but not be limited to payment on a cash basis prior to delivery or on cash on delivery basis.

4.     For any delay in delivery of items purchased by Customer, TheLaundryList.com shall not be liable for any damages on any part of the items purchased due to accident, strikes, fires, war, government regulations, or any other conditions or causes beyond the control of TheLaundryList.com.

5.     Cancellation or failure of the Customer to accept delivery shall constitute a breach of contract and TheLaundryList.com may sell in the open market or at auction or otherwise any items provided for in this order and Customer shall be liable for any loss in connection therewith.  The maximum amount for which TheLaundryList.com shall be liable for any breach of contract shall be the cost of the item or items purchased as set forth in this invoice and in no event shall TheLaundryList.com be liable for any other damages whatsoever, including but not limited to, consequential damages, indirect and/or special damages.  In no event may Customer recover loss of profit from any contemplated use or otherwise.  Any controversy or claim arising out of this agreement and/or any purchases by Customer from TheLaundryList.com, including any claims for damages and/or recession, shall be prosecuted in the jurisdiction of the Courts of the State of California and/or the United States District Court for the Central District of California and the parties hereto consent to personal jurisdiction over them by the Courts of the State of California and/or the United States District Court for the Central District of California.

6.     The prevailing party in any proceeding arising out of this invoice, the purchases referenced in this invoice, or any other matters related to this invoice, shall be entitled to recover its reasonable attorneys' fees and costs in connection therewith.

7.     All invoices are billed in US Dollars, unless specified otherwise.