| Invoice Number | Machine Description | Sale Price |
|---|---|---|
| 6163 | 1970 Pawnee Boiler | $12,500.00 |
| 6163 | Hydrocarbon Machine | $12,000.00 |
| 6163 | 25hp compare A/C | $4,500.00 |
| 6163 | 1988 Braun 800TSL | $18,000.00 |
| 6163 | Challenge Pacesetter | $16,500.00 |
| 6164 | Ipso 80lb. Washer | $6,000.00 |
| 6164 | Ipso 140lb. Washer | $12,000.00 |
| 6018 | 1989 Milnor CBW | $79,000.00 |
| 6018 | Milnor Conveyor | $5,000.00 |
| 6018 | Milnor Dryer | $7,000.00 |
| 6095 | (2) Forenta Scissor Press | $6,000.00 |
| 6095 | Forenta Puffer Press | $1,000.00 |
| 6095 | Forenta Sleever | $2,500.00 |
| 6095 | Forenta Collar & Cuff | $1,500.00 |
| 6095 | Forenta Topper | $1,000.00 |
| 6095 | Colmac Tunnel | $14,500.00 |
| 6095 | Forenta Double Buck | $10,000.00 |
| 6094 | 2002 Braun Alpha | $12,000.00 |
| 6094 | 2002 Braun Delta | $40,000.00 |
| 6094 | 2002 Braun Omega | $15,000.00 |
| 6094 | (4) 2002 Braun Sigma | $40,000.00 |
| 6094 | Take Away Conveyor | $3,500.00 |
| 6094 | Loading Costs | $20,000.00 |
| 6198 | Superior Boiler | $12,500.00 |
| 6206 | Dehooge Ironer/Folder | $15,000.00 |
| 6217 | TEA H&T Water Tanks | $6,500.00 |
| 6207 | Rigging (+T/M/E) | $35,500.00 |
| 6208 | Freight | $38,329.00 |

| | | |
|---|---|---|
| **Sub Total** | | $447,329.00 |
| Deposit | | -$50,000.00 |
| Total | | $397,329.00 |
| Received from Bank #1 | | $317,925.00 |
| Received from Bank #2 | | $290,340.00 |
| Sent to H&H | | $290,340.00 |
| **Due from H&H** | | **$79,404.00** |

Exhibit "B"