# LAW OFFICES OF JOHN L. DI MASI, P.A.

801 N. ORANGE AVENUE, SUITE 500
ORLANDO, FLORIDA 32801-1014
PH: 407-839-3383 • FX: 407-839-3384

JOHN L. DI MASI
jdimasi@orlando-law.com

MARY DOTY SOLIK
PARTNER
msolik@orlando-law.com

FRANK J. LACQUANITI
flacquaniti@orlando-law.com

TIFFANY MOORE RUSSELL
ORANGE COUNTY COMMISSIONER
tmrussell@orlando-law.com

WENDY SHAY TEMPLE
wtemple@orlando-law.com

February 22, 2010

_Via U.S. Mail_
_Via Certified Mail/Return Receipt Requested_
_Via E-mail Brian@TheLaundryList.com_
_Via Facsimile (818) 789-8065_
**PRIVILEGED/CONFIDENTIAL**
Mr. Brian Cohen
The LaundryList.com, Inc.
4525 Sherman Oaks Avenue
Sherman Oaks, CA 91403

Re:     _McHaeuszer Laundry, Inc. / H&H Laundry_
        _Notification of Defective/Non-Conforming/Non-Delivered Goods_

Dear Mr. Cohen:

This Law Firm represents the above-referenced entities. In fact, we acted as counsel during the negotiations, contract inception and closing of our clients' project located at 5824 Precision Drive, Orlando, Florida 32819.

With respect to our current engagement, we have been retained to put The LaundryList.Com, Inc. on notice of its default with respect to its failure to supply contractually agreed-to and paid-for merchantable laundry equipment. As you know from numerous telephone calls and e-mail correspondence with our client, the vast majority of the goods are non-conforming, defective and not capable of being used as intended. As a merchant, your company has impliedly warranted all of the equipment.[1] This implied warranty means that the equipment must be merchantable and capable of being used for their intended purpose.

---

[1] Under Florida law, your attempt to disclaim these implied warranties in your invoice are ineffectual and unenforceable as it certainly was a part of the bargain that the equipment would (i) be delivered and (ii) work properly.

_Contact us at_
www.orlando-law.com

Exhibit "C"

Mr. Brian Cohen
The LaundryList.com, Inc.
February 22, 2010
Page | 2

Our clients have requested on several occasions that you cure the defects and non-conformities; however, despite such requests, you have refused to remedy the problems. You have offered excuses but failed to take any significant or meaningful action. As a result, failure to timely and completely comply with the terms (as outlined below) of this letter will result in immediate action.

Our demands are as follows:

I.  The following items require immediate reimbursement. Demand is made for you to tender a cashier's check, money order or wire to our client in the sum of $78,200.00 on or before March 2, 2010.

|  | Equipment | Parts, Labor, Shipping |
|---|---|---|
| Boiler | $12,500 | $0 |
| 80 lbs Ipso | $6,000 | $0 |
| 140 lbs Ipson | $12,000 | $0 |
| Colemac Tunnel (Sent but too damaged to keep, he picked back up) | $14,500 | $0 |
| 4 lane folder (He sent wrong one, junk, unusable, he told us to keep for parts, no charge) | $15,000 | $0 |
| Scissor press (Only sent one, should have sent two) | $3,000 | $0 |
| 400 lbs Braun | $6,000 | $0 |
| Milner conveyer | $5,000 | $0 |
| Shipping and Loading for equipment sent wrong | $0 | $4,200 |

II.  The follow items are equipment that was never ordered by our client for purchase but for cost of shipping only, not part of the transaction and was, according to you, given to our client because of delays in shipping. You are more than welcome to a return of these items, provided that you reimburse, in advance, our client for shipping and for monies expended by our client in work on the machines. If we do not hear from you on or before March 2, 2010 with respect to your intentions regarding the equipment, we will assume that you have no interest in their return.

| 700 lbs Washex and 300 lbs Washex | $0 | $8,000 |
|---|---|---|
| Softener, plus materials and labor to install | $0 | $2,500 |
| Water tanks | $0 | $0 |
| Heat exchange | $0 | $0 |
| Shipping and Unloading | $0 | $9,000 |

III.  The following items are equipment that was delivered, but the damage(s) to the equipment are too extensive to repair. Demand is hereby made for you to tender ½ the sum ($117,700.00) on or before March 2, 2010 by cashier's check, money order

Mr. Brian Cohen
The LaundryList.com, Inc.
February 22, 2010
Page | 3

or wire and the balance ($117,700.00) on or before March 22, 2010 by cashier's check, money order or wire. Also, pieces must be removed on or before March 22, 2010.

| | | |
|---|---|---|
| Dehouge Ironer | $15,000 | $0 |
| You insisted our client try to make run, to date our client has spent $5500 on materials and labor | $0 | $5,500 |
| 1989 Millner 11 mod Tunnel 2 stage press and shuttle | $79,000 | $0 |
| Money spent repairing wires and cracked valves and lines as tunnel sat outside and | $0 | $0 |
| pipes froze | $0 | $6,500 |
| Extra dryer not needed for dryer | $7,000 | $0 |
| Money paid to LLS Labor as conveyer and press were both bad and could not run tunnel | $0 | $65,000 |
| Rigging | $0 | $35,000 |
| Shipping | $0 | $10,000 |
| Forklift rental for equipment that came after riggers left | $0 | $2,400 |
| Loading | $0 | $10,000 |

IV. The following items are equipment that our client is keeping and has had to expend monies replacing part or monies in extensive repairs. Demand is hereby made for you to tender the sum $58,400.00 on or before March 2, 2010 by cashier's check, money order or wire transfer.

| | | |
|---|---|---|
| Hydracarbon machine | $12,000 | $0 |
| Chiller and additional parts | $0 | $6,000 |
| Labor | $0 | $8,000 |
| Drycleaning equipment, small piece | $19,000 | $0 |
| 14 sets of traps and check valves | $0 | $4,900 |
| Airvalves, cylinders, and labor | $0 | $3,000 |
| Braun Feeder | $12,000 | $0 |
| Braun feeder all electrical parts, hoses, fuses, wiring, spreader clamps, and labor | $0 | $5,000 |
| Braun Ironer | $40,000 | $0 |
| Braun ironer switches, wiring, chest cleaner, vacuum line, replacement flanges, gaskets | | |
| hoses, and labor | $0 | $6,000 |
| Superior boiler | $12,500 | $0 |
| Replace flanges, duct work that was cut | $0 | $2,000 |
| Challenge Dryer | $16,500 | $0 |
| Challenge dryer 2 motors replaced, fan, firecy, component board, keyboard, electrical | | |
| parts and switches, and labor  (Still missing air blocking valve coils, approximately $500) | $0 | $11,500 |
| Braun washer, still outstanding issue, needs bearing kit. | $12,000 | $0 |
| Clutch and motor and electric wiring replaced, parts and labor | $0 | $2,800 |
| Labor for this | $0 | $3,000 |
| Compressor | $4,500 | $0 |

Mr. Brian Cohen
The LaundryList.com, Inc.
February 22, 2010
Page | 4

| | | |
|---|---|---|
| Service call to start as it did not come out running from previous place | $0 | $850 |
| Towel folders | $40,000 | $0 |
| 4 cpu replaced, wiring, labor and parts (Problem still exists as 2 folders are missing parts to make them run, and all folders have got their sprockets welded, making it impossible to replace)  Still outstanding issues. | | $5000 |

If the demands referenced above are not performed, to our clients' satisfaction, on the date(s) indicated above, we have been instructed, without further notice, to immediately file suit in Orange County, Florida against you for all causes of action permitted under Florida law inclusive of damages, attorney's fees and costs.

Sincerely yours,

John L. Di Masi

JLD/md
cc: Clients