Date: Mon, 23 Feb 2009 16:33:45 -0800
From: Brian@TheLaundryList.com
To: paulvnoonan@aol.com; dhaeuszer@hotmail.com
CC: brian@thelaundrylist.com
Subject: [Fwd: Equipment for H&H Laundry]


-------- Original Message --------
**Subject:** Equipment for H&H Laundry
   **Date:** Mon, 23 Feb 2009 15:29:14 -0800
  **From:** Brian Cohen <Brian@TheLaundryList.com>
    **To:** paulvnoonan@aol.com
     **CC:** zl-Hauzer, David - H & H Laundry <dhaeuszer@hotmail.com>


David,

Below is the list of equipment that we discussed purchasing for your facility in Orlando, FL.  Along with each machine there is the model number, serial number, voltage and brief condition report.

  (1) Braun Alpha Feeder
  Model Number is MP4SSF
  Serial Number is MP80240287B
  Voltage is 480/60/3
  Unit is in very good running condition at the time of plant shut down, working with Braun Ironer and Folder

  (1) Braun Delta 3-Roll 32" Stream Heated Ironer
  Model Number is 3S32
  Serial Number is 3S320802659B
  Voltage is 480/60/3
  Unit is in very good running condition at the time of plant shut down, working with Braun Feeder and Folder

  (1) Braun Omega 4-Lane Folder / Crossfolder with Stacker
  Model Number is 4PF3CF/A
  Serial Number is OMAR802430420B
  Voltage is 480/60/3
  Unit is in very good running condition at the time of plant shut down, working with Ironer and Feeder

  (4) Braun Small Piece Folder Rear Discharge Meterwide
  Model Number is Sigma SPFRDM
  Serial Number is Serial Number is SPFRDM8022518B, 582B, 583B, 584B
  Voltage is 480/60/3
  These machines are very nice shape are able to de

  (1) Braun Takeaway Conveyor 30" x 10'
  Voltage is 480
  This went behind the towel folders and ran perfectly

  (2) Forenta Scissor Legger Press***

Exhibit "D"

Model Number is 471FGR
Serial Number is M10FGR04102471
Voltage is 120/60/3

(1)Forenta Puffer Press***
Model Number is 33PS
Serial Number is M11PS00802033
Voltage is 120/60/3

(1) Forenta Sleever Press***
Model Number is 905HSA
Serial Number is M9HSA11502905
Voltage is 120/60/3

(1) Forenta Collar and Cuff Press***
Model Number is 39UCKD
Serial Number is M9VCHD10402039
Voltage is 120/60/3

(1) Forenta Pants Topper***
Model Number is 22BP
Serial Number is M10BP23702022
Voltage is 120/60/3

(1) Forenta Automatic Double Buck Press***
Model Number is 802DBV
Serial Number is M10DBV24702802
Voltage is 208-230/60/3


***All the Forenta dry cleaning presses has seen normal usage with no excessive wear and tear.  All was operational at time of disconnect.


(1) Colmac Steam Heated Garment Finishing Tunnel
Model Number is CFS900 G/S PLC LS
Serial Number is 110802CGE0192
Voltage is 460/60/3
This unit was barely used and sits in very good condition.

(1) 2002 Union Dry Cleaning Machine
Model Number is L850U2000
Serial Number is 604-M2-0407-A
Voltage is 220/60/3
This unit was barely used and sits in very good condition.

(1) 2003 Quincy 20hp Air Compressor
Model Number is QST20ANA1SR
Serial Number is 928000J
Voltage is 208-230/60/3
This unit is in great shape and is shrink wrapped

(2) Napanee 100hp Boilers

Serial Number is 348100C416623333
Voltage is 440/60/3
These need to be partially rebuilt, but are considered good work horses.

(1) 1989 Milnor 11-Module 110lb. Capacity CBW System with 2-Stage
Press, 2-Cake Shuttle and (4) Gas Heated Dryers
Model Number is 76032
Serial Number is AAS/5574401
This tunnel system came out of a hospital cooperative laundry in Atlanta.  This is the system that was inspected at our facility in Atlanta.

The above referenced has been inspected was inspected by TheLaundryList, specifically me and Scott Beerer.  You know my background, Scott has been in the industry for about 18 years and was the former Western US Service Tech for  Braun.

I'm sure you will have several questions.  As usual please do not hesitate to contact me for anything.

Best regards,

Brian

--

Brian Cohen
**TheLaundryList.com, Inc.**
4525 Sherman Oaks Avenue
Sherman Oaks, CA 91403 USA
Off : 818.789.8045
Fax: 818.789.8065
Cell: 818.216.9310
Email: Brian@TheLaundryList.com
http://www.TheLaundryList.com
http://www.AAAMachineryMoving.com

--

Brian Cohen
**TheLaundryList.com, Inc.**
4525 Sherman Oaks Avenue
Sherman Oaks, CA 91403 USA

Off : 818.789.8045
Fax: 818.789.8065
Cell: 818.216.9310
Email: Brian@TheLaundryList.com
http://www.TheLaundryList.com
http://www.AAAMachineryMoving.com